IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

EDWIN GAMALIEL MURALLES,

     Petitioner,

     v.

  ERIC ROKOSKY, *et al.*,

     Respondents.

No. 25cv18208 (RMB)

**ORDER**

This matter comes before the Court on Petitioner Edwin Gamaliel Muralles' Verified Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241. (Dkt. No. 1.) Respondents filed a letter response to the petition, (Dkt. No. 12) stipulating to the facts alleged in the Petition and acknowledging that they rely on the same statutory interpretation set forth in *Matter of Yajure Hurtado*, 29 I&N Dec. 215 (BIA 2025), rejected by this Court in *Marca Lemu v. Soto*, No. 25-cv-17098 (RMB), 2025 WL 3470298 (D.N.J. Dec. 3, 2025) and by many other courts within this district and across the country. *See Valerio v. Joyce*, No. CV 25-17225(ZNQ), 2025 WL 3251445, at 3 (D.N.J. Nov. 21, 2025) (collecting cases). Therefore, for the same reasons stated in *Marca Lemu*, the Court finds Petitioner is detained under 8 U.S.C. § 1226(a), which requires an opportunity for a bond hearing, and **GRANTS** the Petition.

**IT IS** on this **19th day of December, 2025**,

**ORDERED** that petition for writ of habeas corpus under 28 U.S.C. § 2241 (Dkt. No. 1) is **GRANTED**; and it is further

**ORDERED** that Respondents shall provide Petitioner with a bond hearing pursuant to 8 U.S.C. § 1226(a) and 8 C.F.R. § 236.1(c)(8) and (d)(1) within seven days of the date of this Order; and it is further

**ORDERED** that within 3 days of the bond hearing, Respondents shall file a letter advising the Court of the outcome, upon which the Court will close this matter.

s/Renée Marie Bumb
RENÉE MARIE BUMB
Chief United States District Judge